[Civil No. 1063.   Filed March 20, 1909.]

[100 Pac. 777.]

ARIZONA COMMERCIAL COPPER COMPANY, a Corporation, Plaintiff and Appellant, v. GILA COUNTY and D. R. WILLIAMSON, Treasurer and Ex Officio Tax Collector of Gila County, Defendants and Appellees.

APPEAL from a judgment of the District Court of the Fifth Judicial District, in and for the County of Gila. Frederick S. Nave, Judge. Affirmed.

Herring, Sorin & Ellinwood, for Appellant.

E. S. Clark, Attorney General, for Appellee.

SLOAN, J.—This case involves the same questions under a similar state of facts decided by us at this term in the case of *United Globe Mines* v. *Gila County et al., ante,* p. 217, 100 Pac. 774, and by authority of the latter case the judgment of the trial court is affirmed.

KENT, C. J., and DOAN and CAMPBELL, JJ., concur.